192 So. 922

**Ethridge ROBISON v. STATE.**

**8 Div. 919.**

Court of Appeals of Alabama.
Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

195 So. 911

**Cora ROGERS v. STATE.**

**8 Div. 991.**

Court of Appeals of Alabama.
April 9, 1940.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

199 So. 914

**Thomas ROGERS v. STATE.**

**6 Div. 727.**

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

193 So. 892

**Henry SALTER v. STATE.**

**3 Div. 820.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 892

**Norvil SALTER v. STATE.**

**3 Div. 821.**

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.